Filed on behalf of Think Computer Corporation
By:   Isaac Rabicoff (isaac@rabilaw.com)
      Rabicoff Law LLC
      73 W Monroe St
      Chicago, IL 60603
      Tel: (773) 669-4590

UNITED STATES PATENT AND TRADEMARK OFFICE

————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————

SQUARE, INC.
Petitioner

v.

THINK COMPUTER CORPORATION
Patent Owner

————————

Case No.: CBM2014-00159
Patent 8,396,808

————————

**PATENT OWNER THINK COMPUTER CORPORATION'S
NOTICE OF APPEAL**

**Director of the United States Patent and Trademark Office**
**c/o Office of the General Counsel**
**United States Patent and Trademark Office**
**P.O. Box 1450 Alexandria, VA 22313-1450**

Notice is hereby given, pursuant to 37 § C.F.R. 90.2(a), that Patent Owner Think Computer Corporation ("Think") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Decision on Request for Rehearing entered on February 9, 2016 (Paper 52) (the "Rehearing Decision"), and from all underlying orders, decisions, rulings and opinions, including without limitation the Final Written Decision entered on November 27, 2015 (Paper 47).

In accordance with 37 § C.F.R. 90.2(a)(3)(ii), Patent Owner further indicates that the issues on appeal include, but are not limited to, the Patent Trial and Appeal Board's application and use of the broadest reasonable interpretation standard, claim construction, determination of unpatentability of claims 1-7, 9-11, 13-17, and 20-22 of Think's U.S. Patent Number 8,396,808 ("'808 Patent") under 35 U.S.C. § 103, denial of Think's motion to amend the claims of the '808 Patent, denial of Think's request to file a motion for sanctions against Petitioner, Petitioner's reliance on unsupported or otherwise improper expert testimony, and any finding or determination supporting or related to those issues, as well as all other issues decided adversely to Patent Owner in any orders, decisions, rulings and opinions.

Simultaneous with this submission, a copy of this Notice of Appeal is being filed with the Patent Trial and Appeal Board and the Clerk's Office for the United States Court of Appeals for the Federal Circuit.

Date: <u>April 7, 2016</u>                    Respectfully submitted,

*Isaac Rabicoff*

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590

Counsel for Patent Owner
Think Computer Corporation

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to being filed electronically through the Patent Trial and Appeal Board's Patent Review Processing System (PRPS), the original version of the foregoing, PATENT OWNER THINK COMPUTER CORPORATION'S NOTICE OF APPEAL, was mailed via Express Mail on this 7th day of April, 2016, to the Director of the United States Patent and Trademark Office, at the following address:

   Director of the United States Patent and Trademark Office
   c/o Office of the General Counsel
   United States Patent and Trademark Office
   P.O. Box 1450 Alexandria, VA 22313-1450

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, PATENT OWNER THINK COMPUTER CORPORATION'S NOTICE OF APPEAL, was filed electronically on this 7th day of April, 2016, with the Clerk's Office of the United States Court of Appeals for the Federal Circuit:

>United States Court of Appeals for the Federal Circuit
>717 Madison Place, N.W., Suite 401
>Washington, DC 20005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, PATENT OWNER THINK COMPUTER CORPORATION'S NOTICE OF APPEAL, was served, in accordance with the parties' electronic service agreement, by electronic mail on this 7th day of April, 2016, on the following counsel of record for Petitioner Square, Inc.

>Michael T. Rosato, mrosato@wsgr.com
>Robin L. Brewer, rbrewer@wsgr.com
>
>Wilson Sonsini Goodrich & Rosati
>701 Fifth Avenue, Suite 5100
>Seattle, WA 98104-7036

Date: <u>April 7, 2016</u>　　　　　Respectfully submitted,

*Isaac Rabicoff*

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590

Counsel for Patent Owner
Think Computer Corporation