# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Think Computer Corporation   v.   Square, Inc.

No. 16-1818

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- [ ] Pro Se
- [x] As counsel for: Think Computer Corporation
  Name of party

I am, or the party I represent is (select one):

- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus curiae
- [ ] Cross Appellant
- [x] Appellant
- [ ] Appellee
- [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

- [ ] Petitioner or appellant
- [ ] Respondent or appellee

| | |
|---|---|
| Name: | Isaac Rabicoff |
| Law Firm: | Rabicoff Law LLC |
| Address: | 73 W Monroe St |
| City, State and Zip: | Chicago, IL 60603 |
| Telephone: | 773-669-4590 |
| Fax #: | |
| E-mail address: | isaac@rabilaw.com |

Statement to be completed by counsel only (select one):

- [x] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- [ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 11, 2016

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): [x] Yes  [ ] No

- [ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: April 13, 2016    Signature of pro se or counsel: *Isaac Rabicoff*

cc: Michael T. Rosato

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S ENTRY OF APPEARANCE, was filed electronically on this 13th day of April, 2016, with the Clerk's Office of the United States Court of Appeals for the Federal Circuit:

> United States Court of Appeals for the Federal Circuit
> 717 Madison Place, N.W., Suite 401
> Washington, DC 20005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S ENTRY OF APPEARANCE, was served, in accordance with the parties' electronic service agreement, by electronic mail on this 13th day of April, 2016, on the following counsel of record for Petitioner Square, Inc.

> Michael T. Rosato, mrosato@wsgr.com
> Robin L. Brewer, rbrewer@wsgr.com
>
> Wilson Sonsini Goodrich & Rosati
> 701 Fifth Avenue, Suite 5100
> Seattle, WA 98104-7036

Date: April 13, 2016

Respectfully submitted,

*Isaac Rabicoff*

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590

Counsel for Appellant
Think Computer Corporation