# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Think Computer Corporation　v.　Square, Inc.

Case No.　16-1818

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Think Computer Corporation

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Think Computer Corporation | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Isaac Rabicoff of Rabicoff Law LLC; Michael Aschenbrener, Brian Noack, and Robert Paladino of Aschenbrener Law P.C.

April 13, 2016
Date

*Isaac Rabicoff* (signature)
Signature of counsel

Please Note: All questions must be answered

Isaac Rabicoff
Printed name of counsel

cc: Michael T. Rosato

Reset Fields

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S CERTIFICATE OF INTEREST, was filed electronically on this 13th day of April, 2016, with the Clerk's Office of the United States Court of Appeals for the Federal Circuit:

>United States Court of Appeals for the Federal Circuit
>717 Madison Place, N.W., Suite 401
>Washington, DC 20005

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S CERTIFICATE OF INTEREST, was served, in accordance with the parties' electronic service agreement, by electronic mail on this 13th day of April, 2016, on the following counsel of record for Petitioner Square, Inc.

>Michael T. Rosato, mrosato@wsgr.com
>Robin L. Brewer, rbrewer@wsgr.com
>
>Wilson Sonsini Goodrich & Rosati
>701 Fifth Avenue, Suite 5100
>Seattle, WA 98104-7036

Date: April 13, 2016

Respectfully submitted,

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590

Counsel for Appellant
Think Computer Corporation