# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. __2016-1818__

__Think Computer Corporation__

v.

__Square, Inc.__

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: __Square, Inc.__

Party is (select one):
- ☐ Appellant/Petitioner
- ☐ Cross-Appellant
- ☐ Appellee/Respondent
- ☐ Intervenor

Tribunal appealed from and Case No.: __USPTO Patent Trial and Appeal Board Case No. CBM2014-00159__

Date of Judgment/Order: __November 27, 2015__    Type of Case: __Covered Business Method Review__

Relief sought on appeal: __Affirmance of PTAB Final Written Decision__

Relief awarded below (if damages, specify):
__Cancellation of claims 1-7, 9-11, 13-17, and 20-22 of U.S. Patent No. 8,396,808.__

Briefly describe the judgment/order appealed from:
__The PTAB determined that claims 1-7, 9-11, 13-17, and 20-22 of U.S. Patent No. 8,396,808 are unpatentable over the prior art, denied Appellant's Motion to Amend the patent, and denied Appellant's Motion to Exclude.__

Nature of judgment (select one):
- ☐ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; *see* Fed. Cir. R. 28(a)(5))

**FORM 26.  Docketing Statement**                                                               Form 26
                                                                                                Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

N/A

Brief statement of the issues to be raised on appeal

Square will respond to the issues raised by the Appellant.

Have there been discussions with other parties relating to settlement of this case? ☐ Yes ☐ No  If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom?

Square and Think Computer participated in a mediation before the Hon. Edward A. Infante of JAMS in August 2014 in connection with a related stayed district court case No. 5:14-cv-01374-PSG (N.D. Cal.).  Square and Think Computer have also engaged in direct settlement discussions since the issuance of the PTAB's Final Written Decision.

Do you believe that this case may be amenable to mediation? ☐ Yes ☐ No

If you answered no, explain why not

The parties have made multiple unsuccessful attempts at settling this dispute.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

__22nd__ day of __April__, __2016__

by: __electronic means (email and CM/ECF)__

(manner of service)

__Michael T. Rosato__          __/s/ Michael T. Rosato__

Name of Counsel                Signature of Counsel

Law Firm: Wilson Sonsini Goodrich & Rosati, PC

Address: 701 Fifth Avenue, Suite 5100

City, State, ZIP: Seattle, WA 98104

Telephone Number: (206) 883-2500

FAX Number: (206) 883-2699

E-mail Address: mrosato@wsgr.com