# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Think Computer Corporation  v.  Square, Inc.

Case No. 2016-1818

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Square, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Square, Inc. | None | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

None

April 22, 2016         /s/ Michael T. Rosato
Date                   Signature of counsel

Please Note: All questions must be answered      Michael T. Rosato
                                                 Printed name of counsel

cc:  All counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

THINK COMPUTER CORPORATION v. SQUARE, INC., 2016-1818

## **PROOF OF SERVICE**

I hereby certify that counsel for Appellant Think Computer Corporation has been served with a true and correct copy of the above and foregoing document via the Court's CM/ECF system and/or via email on April 22, 2016. A list of those so served appears below.

Isaac Rabicoff (isaac@rabilaw.com)
Rabicoff Law LLC
73 W. Monroe St.
Chicago, IL 60603
Telephone: (773) 669-4590

                                                  */s/ Michael T. Rosato*
                                                    Michael T. Rosato