# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Think Computer Corporation    v.    Square, Inc.

No. 2016-1818

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Square, Inc.
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☐ Cross Appellant
- ☐ Appellant
- ☒ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant
- ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael T. Rosato |
| Law Firm: | Wilson Sonsini Goodrich & Rosati, PC |
| Address: | 701 Fifth Avenue, Suite 5100 |
| City, State and Zip: | Seattle, WA 98104 |
| Telephone: | (206) 883-2500 |
| Fax #: | (206) 883-2699 |
| E-mail address: | mrosato@wsgr.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/23/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: April 22, 2016    Signature of pro se or counsel: /s/ Michael T. Rosato

cc: All counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

THINK COMPUTER CORPORATION v. SQUARE, INC., 2016-1818

## **PROOF OF SERVICE**

I hereby certify that counsel for Appellant Think Computer Corporation has been served with a true and correct copy of the above and foregoing document via the Court's CM/ECF system and/or via email on April 22, 2016.  A list of those so served appears below.

Isaac Rabicoff (isaac@rabilaw.com)
Rabicoff Law LLC
73 W. Monroe St.
Chicago, IL 60603
Telephone:  (773) 669-4590

*/s/ Michael T. Rosato*
Michael T. Rosato