# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. __2016-1818__

__Think Computer Corporation__

v.

__Square, Inc.__

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

**Name of the party you represent**  Think Computer Corporation

**Party is (select one)**  
[X] Appellant/Petitioner  [ ] Cross-Appellant  
[ ] Appellee/Respondent  [ ] Intervenor

**Tribunal appealed from and Case No.**  USPTO Patent Trial and Appeal Board Case No. CBM2014-00159

**Date of Judgment/Order**  February 9, 2016  **Type of Case**  Covered Business Method Review

**Relief sought on appeal**  Reversal of PTAB's Final Written Decision/Decision on Rehearing

**Relief awarded below (if damages, specify)**  Cancellation of claims 1-7, 9-11, 13-17, and 20-22 of U.S. Patent No. 8,396,808.

**Briefly describe the judgment/order appealed from**  
The PTAB determined that claims 1-7, 9-11, 13-17, and 20-22 of U.S. Patent No. 8,396,808 are unpatentable over the prior art, denied Appellant's Motion to Amend the patent, and denied Appellant's Motion to Exclude.

**Nature of judgment (select one)**  
[X] Final Judgment, 28 USC 1295  
[ ] Rule 54(b)  
[ ] Interlocutory Order (specify type)  
[ ] Other (explain; *see* Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Form 26
Rev. 02/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

N/A

Brief statement of the issues to be raised on appeal

The issues on appeal include, but are not limited to, the Patent Trial and Appeal Board's application and use of the broadest reasonable interpretation standard, claim construction, determination of unpatentability of claims 1-7, 9-11, 13-17, and 20-22 of Think's U.S. Patent Number 8,396,808 ("'808 Patent") under 35 U.S.C. § 103, denial of Think's motion to amend the claims of the '808 Patent, denial of Think's request to file a motion for sanctions against Petitioner, Petitioner's reliance on unsupported or otherwise improper expert testimony, and any finding or determination supporting or related to those issues, as well as all other issues decided adversely to Patent Owner in any orders, decisions, rulings and opinions.

Have there been discussions with other parties relating to settlement of this case? [X] Yes [ ] No  If "yes," when were the last such discussions?

  [ ] Before the case was filed below?

  [X] During the pendency of the case below?

  [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? [X] Yes [ ] No

If they were mediated, by whom?

Square and Think Computer participated in a mediation before the Hon. Edward A. Infante of JAMS in August 2014 in connection with a related stayed district court case No. 5:14-cv-01374-PSG (N.D. Cal.). Square and Think Computer have also engaged in direct settlement discussions since the issuance of the PTAB's Final Written Decision.

Do you believe that this case may be amenable to mediation? [ ] Yes [X] No

If you answered no, explain why not

The parties have made multiple unsuccessful attempts at settling this dispute.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

_____22nd_____ day of _____April_____, _____2016_____

by: _____electronic means (email and CM/ECF)_____

(manner of service)

_____Isaac Rabicoff_____                    _____/s/ Isaac Rabicoff_____
Name of Counsel                              Signature of Counsel

Law Firm

_____Rabicoff Law LLC_____

Address

_____73 W Monroe St_____

City, State, ZIP

_____Chicago, IL 60603_____

Telephone Number   _____773-660-4590_____

FAX Number

E-mail Address

_____isaac@rabilaw.com_____

[Reset Fields]