## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S DOCKETING STATEMENT, was filed electronically on this 22nd day of April, 2016, with the Clerk's Office of the United States Court of Appeals for the Federal Circuit:

>United States Court of Appeals for the Federal Circuit
>717 Madison Place, N.W., Suite 401
>Washington, DC 20005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, APPELLANT THINK COMPUTER CORPORATION'S DOCKETING STATEMENT, was served, in accordance with the parties' electronic service agreement, by electronic mail on this 22nd day of April, 2016, on the following counsel of record for Petitioner Square, Inc.

>Michael T. Rosato, mrosato@wsgr.com
>Robin L. Brewer, rbrewer@wsgr.com
>
>Wilson Sonsini Goodrich & Rosati
>701 Fifth Avenue, Suite 5100
>Seattle, WA 98104-7036

Date: <u>April 22, 2016</u>　　　　　　　Respectfully submitted,

/s/ Isaac Rabicoff

Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590

Counsel for Appellant
Think Computer Corporation