NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**THINK COMPUTER CORPORATION,**
*Appellant*

v.

**SQUARE, INC.,**
*Appellee*

2016-1818

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00159.

**ON MOTION**

**O R D E R**

The parties file a joint motion for an extension of time and to set the briefing schedule as follows: the opening brief is due no later than September 6, 2016; the answering brief is due no later than November 30, 2016; and the reply brief is due no later than December 14, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

                                      /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

s25