No. 2016-1818

_____

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
## FOR THE FEDERAL CIRCUIT

_____

THINK COMPUTER CORPORATION,

Appellant,

v.

SQUARE, INC.,

Appellee.

_____

Appeal from the United States Patent and Trademark Office
Patent Trial and Appeal Board No. CBM2014-00159

_____

JOINT MOTION TO SET BRIEFING SCHEDULE

_____

Michael T. Rosato
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington  98104
(206) 883-2500

Robin L. Brewer
Eugene Marder
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000

Attorneys for Petitioner-Appellee
SQUARE, INC.

Isaac P. Rabicoff
RABICOFF LAW LLC
73 W Monroe Street
Chicago, Illinois  60603
(773) 669-4590

Attorney for Patent Owner-Appellant
THINK COMPUTER CORPORATION

# CERTIFICATE OF INTEREST

Counsel for the Petitioner-Appellee certifies the following:

1.      The full name of every party represented by the undersigned counsel in this case is:  Square, Inc.

2.      Square, Inc. is the name of the real party in interest.

3.      Square, Inc. has no parent company, and no publicly held corporation owns 10% or more of Square, Inc.'s stock.

4.      The names of all law firms and the partners and associates that have appeared for Square, Inc. in the United States Patent and Trademark Office or are expected to appear for Square, Inc. in this Court and who are not already listed on the docket for the current case:

None.

Date: November 23, 2016                    Respectfully submitted,

By   */s/ Robin L. Brewer*
Robin L. Brewer

Attorneys for Petitioner-Appellee
SQUARE, INC.

# CERTIFICATE OF INTEREST

Counsel for the Patent Owner-Appellant certifies the following:

1.      The full name of every party represented by the undersigned counsel in this case is:  Think Computer Corporation

2.      Think Computer Corporation is the name of the real party in interest.

3.      Think Computer Corporation has no parent company, and no publicly held corporation owns 10% or more of Think Computer Corporation's stock.

4.      The names of all law firms and the partners and associates that have appeared for Think Computer Corporation in the United States Patent and Trademark Office or are expected to appear for Think Computer Corporation in this Court and who are not already listed on the docket for the current case:

Sean G. Goodwin, Michael Aschenbrener, and Robert Paladino of Aschenbrener Law, P.C.

Date: November 23, 2016                   Respectfully submitted,

By    */s/ Isaac P. Rabicoff*
                    Isaac P. Rabicoff

                    Attorney for Patent Owner-Appellant
                    THINK COMPUTER CORPORATION

Pursuant to Federal Circuit Rules 26 and 27, Patent Owner-Appellant Think Computer Corporation ("Think Computer") and Petitioner-Appellee Square, Inc. ("Square") move to set a briefing schedule. Under the current schedule, Square's answering brief would be due November 30, 2016 and Think Computer's reply brief would be due December 14, 2016. Think Computer and Square respectively request an extension of 14 days for each of the answering and reply briefs to accommodate certain conflicts that exist under the current schedule. Square has previously requested and received an extension of 45 days for the answering brief. This is a joint motion and, therefore, no response in opposition will be filed.

Good cause exists for the parties' request, as set forth in the following Declarations of Robin L. Brewer and Isaac P. Rabicoff. Accordingly, Square and Think Computer respectfully request that the court set the following briefing schedule:

| Brief | Proposed Deadline |
|---|---|
| Answering Brief | December 14, 2016 |
| Reply Brief | January 11, 2017 |

Date: November 23, 2016           Respectfully submitted,

By _____ /s/ Robin L. Brewer _____           By _____ /s/ Isaac P. Rabicoff _____
Robin L. Brewer                                    Isaac P. Rabicoff

Attorneys for Petitioner-Appellee                  Attorney for Patent Owner-Appellant
SQUARE, INC.                                       THINK COMPUTER CORPORATION

## DECLARATION OF ROBIN L. BREWER

I, Robin L. Brewer, declare as follows:

1.      I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, counsel for Petitioner-Appellee Square, Inc. ("Square").  I have personal knowledge of the facts stated herein.  If called to testify, I could and would testify as follows:

2.      Square has previously sought an extension of 45 days for the answering brief from the Court in this appeal.  Square is requesting a second extension of 14 days for the answering brief.

3.      Counsel for Patent Owner-Appellant Think Computer Corporation ("Think Computer") consented to Square's request.

4.      Counsel for Square will need additional time to prepare Square's answering brief in view of ongoing professional commitments in other matters as well as conflicts with the current schedule, including in view of the upcoming holidays.  I am the attorney with primary responsibility for drafting appellee's brief on appeal and was recently on medical leave.  My medical leave was extended by two weeks, resulting in conflicts with the current briefing schedule.

5.      For the foregoing reasons demonstrating good cause, Square respectfully requests that the due date for its answering brief be extended by 14 days and the parties' briefing schedule be set as follows:

| Brief | Proposed Deadline |
|---|---|
| Answering Brief | December 14, 2016 |
| Reply Brief | January 11, 2017 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of November, 2016, at San Francisco, California.

_____ */s/ Robin L. Brewer* _____
Robin L. Brewer

## DECLARATION OF ISAAC P. RABICOFF

I, Isaac P. Rabicoff, declare as follows:

1.      I am an attorney with the law firm of Rabicoff Law P.C., counsel for Patent Owner-Appellant Think Computer Corporation ("Think Computer").  I have personal knowledge of the facts stated herein.  If called to testify, I could and would testify as follows:

2.      Think Computer has previously sought an extension of 45 days for the opening brief from the Court in this appeal.  No extension of time has previously been sought from the Court by Think Computer for the reply brief in this appeal.

3.      Counsel for Petitioner-Appellee Square, Inc. ("Square") consented to Think Computer's request.

4.      Counsel for Think Computer will need additional time to prepare Think Computer's reply brief in view of ongoing professional commitments in other matters as well as conflicts with the current schedule, including in view of the upcoming holidays.  I am the attorney with primary responsibility for drafting appellant's briefs on appeal. I am also lead IPR counsel in the matter *Unified Patents Inc. v. Harry Heslop et al.* (IPR2016-01464) and, based on the current schedule, will have substantial responsibilities in drafting the Patent Owner's Response Brief starting in early to mid-December of 2016, resulting in conflicts with the current briefing schedule.

5.      For the foregoing reasons demonstrating good cause, Think Computer respectfully requests that the due date for its reply brief be extended by 14 days and the parties' briefing schedule be set as follows:

| Brief | Proposed Deadline |
|---|---|
| Answering Brief | December 14, 2016 |
| Reply Brief | January 11, 2017 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of November, 2016, at Chicago, Illinois.

_____*/s/ Isaac P. Rabicoff*_____
Isaac P. Rabicoff

## CERTIFICATE OF SERVICE

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on November 23, 2016.

_/s/ Robin L. Brewer_
Robin L. Brewer

Attorneys for Petitioner-Appellee
SQUARE, INC.