NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THINK COMPUTER CORPORATION,**
*Appellant*

**v.**

**SQUARE, INC.,**
*Appellee*

---

2016-1818

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00159.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to extend the due date for the appellee's response brief until December 14, 2016 and the due date for the appellant's reply brief until January 11, 2017.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2 THINK COMPUTER CORPORATION v. SQUARE, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25