No. 2016-1818

# United States Court of Appeals
**FOR THE FEDERAL CIRCUIT**

THINK COMPUTER CORPORATION,

Appellant,

v.

SQUARE, INC.,

Appellee.

Appeal from the United States Patent and Trademark Office
Patent Trial and Appeal Board, No. CBM2014-00159

**JOINT STATEMENT OF COMPLIANCE WITH
FEDERAL CIRCUIT RULE 33**

Appellant Think Computer Corporation and Appellee Square, Inc. hereby certify that pursuant to Federal Circuit Rule 33(a), the parties, through counsel, have discussed settlement in this Appeal. No agreement to settle this matter has been reached.

- 2 -

| | |
|---|---|
| Dated: January 17, 2017 | Respectfully submitted, |

*/s/ Isaac P. Rabicoff*  
Isaac P. Rabicoff  
RABICOFF LAW LLC  
73 W Monroe Street  
Chicago, Illinois  60603  
(773) 669-4590  

Attorney for Appellant  
THINK COMPUTER CORPORATION

*/s/ Robin L. Brewer*  
Michael T. Rosato  
WILSON SONSINI GOODRICH & ROSATI  
701 Fifth Avenue, Suite 5100  
Seattle, Washington  98104  
(206) 883-2500  

Robin L. Brewer  
Eugene Marder  
WILSON SONSINI GOODRICH & ROSATI  
One Market Plaza  
Spear Tower, Suite 3300  
San Francisco, California 94105  
(415) 947-2000  

Attorneys for Appellee  
SQUARE, INC.

## CERTIFICATE OF SERVICE

    I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on January 17, 2017.

                                    */s/ Isaac P. Rabicoff*
                                    Isaac P. Rabicoff

                                    Attorney for Appellant
                                    THINK COMPUTER CORPORATION