

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036

PHONE 206.883.2500
FAX 206.883.2699

www.wsgr.com

January 26, 2017

Peter R. Marksteiner
Circuit Executive and Clerk of the Court
717 Madison Place NW
Washington, DC 20439

    Re:    *Think Computer Corporation v. Square, Inc.* No. 2016-1818

Dear Colonel Marksteiner:

    I am principal counsel for Appellee Square, Inc. in the above-identified case. All briefing has been concluded for this case. Due to scheduling conflicts, Square respectfully requests that oral argument not be set for the following dates:

    March 6 & 13, 2017
    April 6-10, 2017
    June 6-9, 2017

I am also principle counsel for NuVasive, Inc. in *In re NuVasive, Inc.,* No. 2015-1838; Nos. 15-1839, -1840; No. 15-1841; and Nos. 15-1842, -1843 which have been designated companion cases of one another. These cases are also fully briefed and awaiting an argument date. Square respectfully requests that the argument for this case not be calendared during the same court week as the argument for the *In re NuVasive* cases.

We appreciate your time and attention to this matter. Please do not hesitate to contact me if you have any questions.

                            Respectfully submitted,

                            */s/ Michael T. Rosato*
                            Michael T. Rosato
                            Tel.: 206-883-2529
                            Email: mrosato@wsgr.com

cc: All counsel of record via CM/ECF

## CERTIFICATE OF SERVICE

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on January 26, 2017.

*/s/ Michael T. Rosato*
Michael T. Rosato
*Counsel for Appellee Square, Inc.*