# RABICOFF LAW LLC

73 W MONROE ST
CHICAGO, IL 60603

(773) 669 4590
ISAAC @ RABILAW.COM

January 31, 2017

Peter R. Marksteiner
Circuit Executive and Clerk of the Court
717 Madison Place NW
Washington, DC 20439

Re: *Think Computer Corporation v. Square, Inc*; No. 2016-1818

Dear Colonel Marksteiner:

I am lead counsel for Appellant Think Computer Corporation in the above case. All briefing has been concluded for this case. Due to scheduling conflicts, Think respectfully requests that oral argument not be set for the following dates:

March 10-14 & 17-21, 2017

Though not anticipated, in the event that any further conflicts arise, I will immediately contact you and provide an amended notice. We appreciate your time and attention to this matter. Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

CC: All counsel of record via CM/ECF

**CERTIFICATE OF SERVICE**

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on January 31, 2017.


/s/ Isaac Rabicoff
Isaac Rabicoff
*Counsel for Appellant Think*