# RABICOFF LAW LLC

73 W MONROE ST                          (773) 669 4590
CHICAGO, IL 60603                       ISAAC @ RABILAW.COM

March 16, 2017

Peter R. Marksteiner
Circuit Executive and Clerk of the Court
717 Madison Place NW
Washington, DC 20439

Re:     *Think Computer Corporation v. Square, Inc.*; No. 2016-1818
        <u>Updated</u> Notice of Conflicts

Dear Colonel Marksteiner:

I am lead counsel for Appellant Think Computer Corporation in the above
case. All briefing has been concluded for this case.  I am updating my
scheduling conflicts, and Think respectfully requests that oral argument not
be set for the following dates:

March 22-25, 2017
April 3-7, 10-14, 17-21, & 24-28, 2017
May 24-26, & 30-31, 2017
June 1-2, 2017

Though not anticipated, in the event that any further conflicts arise, I will
immediately contact you and provide an amended notice. We appreciate your
time and attention to this matter.  Please do not hesitate to contact me if you
have any questions.

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

CC: All counsel of record via CM/ECF

## CERTIFICATE OF SERVICE

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on March 16, 2017.

/s/ Isaac Rabicoff
Isaac Rabicoff
*Counsel for Appellant Think*